PER CURIAM.

(No. 73-CC-403—Claimant

JAMES GORDON d/b/a SILVER'S FOODS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 8, 1974.*

FRANK A. EDELMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-419—Claimant

LUTHERAN CHILD AND FAMILY SERVICES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed April 8, 1974.*

HAFFNER, GROW, OVERGAARD AND BERGHOFF, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.